JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN BALLIET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARIJAI AESTHETIC AND WELLNESS, P.A., a corporation; CHRISTOPHER BALGOBIN, an individual; and DOES 1-10,<br><br>　　　　Defendant. | Case No. 2:24-cv-08662-AB-PD<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 25, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.